(106 So. 204)

## ROBINSON v. STATE. (2 Div. 340.)

(Court of Appeals of Alabama. Nov. 10, 1925.)

Criminal law ☞303—That cause had not been placed on docket of circuit court for two terms after indictment not discontinuance.

That cause had not been placed on docket of circuit court for two terms after indictment did not amount to discontinuance.

Appeal from Circuit Court, Dallas County; S. F. Hobbs, Judge.

J. A. Robinson was convicted of practicing medicine without a license, and he appeals. Affirmed.

Harwell G. Davis, Atty. Gen., and Robert G. Tate, Asst. Atty. Gen., for the State.

Appellant was not entitled to a discontinuance. Ex parte State, 115 Ala. 123, 22 So. 115; Drinkard v. State, 20 Ala. 9; Roszell v. State, 19 Ala. App. 462, 98 So. 35; Benson v. State, 91 Ala. 87, 8 So. 873; Ex parte Owens, 52 Ala. 473; Ex parte Remson, 31 Ala. 270; Forrester v. Forrester, 39 Ala. 320.

SAMFORD, J. The mere fact that the cause had not been placed on the docket of the circuit court for two terms of court after indictment did not amount to a discontinuance. Roszell v. State, 19 Ala. App. 462, 98 So. 35.

The other questions raised in this record have been decided adversely to defendant in the case of Robinson v. State, ante, p. 168, 106 So. 203.

We find no error in the record, and the judgment is affirmed.

Affirmed.